J. JAMES LI (State Bar No. 202855)
**McDERMOTT WILL & EMERY LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:   650-813-5000
Facsimile:    650-813-5100

Attorneys for Plaintiff
**EnREACH TECHNOLOGY, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EnREACH TECHNOLOGY, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>EMBEDDED INTERNET SOLUTIONS, INC., a California corporation, SHENZHEN ZHUOZHUANG NETWORK TECHNOLOGY, INC., a Chinese corporation, GUOHONG XU, an individual, and JING WU, an individual,<br><br>Defendants. | CASE No. C04 01255 CW<br><br>**PLAINTIFF'S UNOPPOSED ADMINISTRATIVE REQUEST TO CONTINUE THE HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS** |

Pursuant to Civ. L.R. 7-10(b) and an agreement with Defendants, Plaintiff EnReach Technology, Inc. ("EnReach") respectfully requests that the Court continue the hearing date for Defendants' Motion to Dismiss Claim for Unfair Competition. This Request is supported by the Declaration of J. James Li in Support of Plaintiff's Unopposed Administrative Request To Continue Hearing Date ("Li Decl.").

On October 7, 2004, Defendants Embedded Internet Solutions, Inc. ("EIS") filed its Motion to Dismiss Claim for Unfair Competition (the "Motion") and noticed November 19, 2004 as the hearing date for the Motion. Due to the scheduling conflict of its counsel, J. James Li

1  ("LI"), it is impossible for EnReach to file the Opposition to the Motion in time.

2  Li is the lead counsel and only counsel for EnReach in the instant case. Li Decl. ¶ 2.
3  Currently, Li is scheduled to depose defendants Ms. Jing Wu on October 26, 2004, and Mr.
4  GuoHong Xu on October 27 to 29, 2004. *Id.* As it is currently noticed, the Opposition is due on
5  October 29, 2004, in the middle of the deposition of Mr. Xu. Furthermore, there are literally over
6  two hundred thousand pages of documents and approximately 30 gigabits of software code
7  produced by EIS so far. *Id.* All these documents have to be reviewed before the scheduled
8  depositions of Mr. Xu and Ms. Wu. *Id.*

9  In addition to his responsibility in this case, Li is also heavily involved in other cases. Li
10  is one of two principal attorneys representing Fresenius USA, Inc. and Fresenius Medical Care
11  Holdings, Inc. in a patent infringement case, *Transonic Systems, Inc. v. Fresenius USA* (N. D.
12  Cal., Case No. C 03 4969), as well as its parallel appeal case (Fed. Cir., Case No. 03-4969). *Id.* ¶
13  3. Li is also one of three mid-level attorneys in *Medtronic Surgical Navigation Technologies,*
14  *Inc. v. BrainLab Medizinische Computersystems* (D. Col., Case No. 98-M-1072), which involves
15  7 patents. *Id.*

16  Currently, Li is responsible for drafting, negotiating and filing a joint claim construction
17  statement, which is due October 18, 2004. On October 19, 2004, he is scheduled to attend a
18  status conference. *Id.* ¶ 4. In the week of October 25-29, 2004, in addition to taking four days
19  depositions in the instant case, Li has to draft a Reply brief, which is due October 29, 2004, for a
20  summary judgment motion filed on September 17. *Id.* Meanwhile, Li also has to prepare for an
21  oral argument appearance before the Federal Circuit, scheduled for November 3, 2004. *Id.* Li is
22  already working extremely long hours every day, and simply cannot allocate any reasonable
23  amount of time to draft the Opposition to the Motion. *Id.* ¶ 5.

24  ///
25  ///
26  ///
27  ///
28  ///

PLAINTIFF'S ADMINISTRATIVE REQUEST       - 2 -       CASE NO. C0401255 CW

1    Accordingly, EnReach requests that the Court grant this Administrative Request and
2  continue the hearing date for Defendant's Motion to Dismiss Claim for Unfair Competition to
3  December 3, 2004.

4  Dated: October 15, 2004                    McDermott Will & Emery LLP

6                                              /s/ J. James Li
                                               J. James Li, Ph.D.
7                                              Attorneys for Plaintiff
                                               EnReach Technology, Inc.

8  MPK 81822-1.052942.0011