1  DARIN W. SNYDER (S.B. #136003)
   LUANN L. SIMMONS (S.B. #203526)
2  JESSICA A. HOOGS (S.B. #227011)
   O'MELVENY & MYERS LLP
3  Embarcadero Center West
   275 Battery Street
4  San Francisco, CA 94111-3305
   Telephone:     (415) 984-8700
5  Facsimile:     (415) 984-8701

6  Attorneys for Defendants
   EMBEDDED INTERNET SOLUTIONS, INC.,
7  SHENZHEN ZHUOZHUANG NETWORK
   TECHNOLOGY, INC., GUOHONG XU, and JING
8  WU

9

                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       OAKLAND DIVISION

12

13
   EnREACH TECHNOLOGY, INC.,              Case No. C04 01255 CW
14
                   Plaintiff,             STIPULATION AND [PROPOSED]
15                                         ORDER GRANTING LEAVE TO EXCEED
            v.                             PAGE LIMITS PURSUANT TO CIVIL
16                                         L.R. 7-11
   EMBEDDED INTERNET SOLUTIONS,
17 INC., SHENZHEN ZHUOZHUANG
   NETWORK TECHNOLOGY, INC.,              Judge:          Hon. Claudia Wilken
18 GUOHONG XU, JING WU, EMBEDDED
   INTERNET SOLUTIONS HOLDINGS
19 LTD., ZHAOHENG HOLDINGS LTD.,
   GUOSHENG XU, ALPHASMART, INC.,
20 CHANGHONG ELECTRONICS, LTD.,
   CIRRUS LOGIC, INC., INVENTEC
21 CORPORATION, KYOCERA
   WIRELESS CORP., OPENTV CORP.,
22 PHILIPS SEMICONDUCTOR INC., and
   XOCECO LTD.,
23
                   Defendants.
24

25

26

27

28

1    The parties hereto, Plaintiff EnReach Technology, Inc. ("EnReach") and Defendants

2    Embedded Internet Solutions, Inc., Shenzhen Zhuozhuang Network Technology, Inc., Guohong

3    Xu, and Jing Wu (collectively "EIS Defendants"), by and through their respective counsel of

4    record, hereby stipulate as follows:

5    **WHEREAS**, EnReach has filed a motion for summary judgment in this action;

6    **WHEREAS**, pursuant to this Court's April 19, 2005 Minute Order, the EIS Defendants

7    may file a combined Opposition to EnReach's Motion for Summary Judgment and a Cross-

8    Motion for Summary Judgment on June 17, 2005;

9    **WHEREAS**, pursuant to this Court's April 19, 2005 Minute Order, EnReach may file a

10   combined Reply in Support of EnReach's Motion for Summary Judgment and Opposition to the

11   EIS Defendants' Motion for Summary Judgment on July 1, 2005;

12   **WHEREAS**, pursuant to this Court's April 19, 2005 Minute Order, the EIS Defendants'

13   may file a Surreply in Support of the EIS Defendants' Motion for Summary Judgment on July 15,

14   2005;

15   **WHEREAS**, EnReach and the EIS Defendant have reached an agreement regarding an

16   increase in the page limits for the EIS Defendants' Opposition and Cross-Motion and EnReach's

17   Reply and Opposition imposed by Civil Local Rules 7-2 and 7-4;

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE
PAGE LIMITS CASE NO. C04 01255 CW

**IT IS STIPULATED** by and between EnReach and the EIS Defendants, acting through their respective counsel, as follows:

1.      The page limit for the EIS Defendants' Opposition and Cross-Motion shall be increased from 25 pages to 35 pages; and

2.      The page limit for EnReach's Reply and Opposition to Defendants' Cross-Motion shall be increased from 25 pages to 35 pages.

3.      The page limit for the EIS Defendants' Surreply shall be 15 pages.

Dated:  June 13, 2005                  McDERMOTT WILL & EMERY LLP
                                       J. JAMES LI

                                       By:  /s/ J. James Li
                                                J. James Li

                                       Attorneys for the Plaintiff
                                       EnREACH TECHNOLOGY, INC.


Dated:  June 13, 2005                  O'MELVENY & MYERS LLP
                                       DARIN W. SNYDER
                                       LUANN L. SIMMONS
                                       JESSICA A. HOOGS

                                       By:  /s/ Luann L. Simmons
                                                Luann L. Simmons

                                       Attorneys for the Original Defendants
                                       EMBEDDED INTERNET SOLUTIONS,
                                       INC., SHENZHEN ZHUOZHUANG
                                       NETWORK TECHNOLOGY, INC.,
                                       GUOHONG XU, and JING WU


I certify that J. James Li  concurs in the filing of this document.

                            By:    /s/ Luann L. Simmons
                                      LUANN L. SIMMONS

STIPULATION AND [PROPOSED] ORDER RE
PAGE LIMITS CASE NO. C04 01255 CW

1

2                              [PROPOSED] ORDER

3          **THE PARTIES' STIPULATION IS APPROVED.**   The page limits for the summary

4     judgment briefing in this matter shall be:

5          EIS Defendant' Opposition and Cross-Motion for Summary Judgment:  35 pages

6          EnReach's Reply and Opposition to Defendants' Cross-Motion:         35 pages

7          EIS Defendants' Surreply:                                           15 pages

8

9          **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

10
                                              /s/ CLAUDIA WILKEN
11    Date: June  16 , 2005.          _____
                                                  The Honorable Claudia Wilken
12                                                United States District Judge

13    SF1:590421.1

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE
                                         PAGE LIMITS CASE NO. C04 01255 CW