1  DARIN W. SNYDER (S.B. #136003) – dsnyder@omm.com
   LUANN L. SIMMONS (S.B. #203526) – lsimmons@omm.com
2  DAVID W. ONO (S.B. #221312) – dono@omm.com
   O'MELVENY & MYERS LLP
3  Embarcadero Center West
   275 Battery Street
4  San Francisco, CA  94111-3305
   Telephone:    (415) 984-8700
5  Facsimile:     (415) 984-8701

6  Attorneys for Defendants
   EMBEDDED INTERNET SOLUTIONS, INC., SHENZHEN
7  ZHUOZHUANG NETWORK TECHNOLOGY, INC.,
   GUOHONG XU, and JING WU

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EnREACH TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> EMBEDDED INTERNET SOLUTIONS, INC., SHENZHEN ZHUOZHUANG NETWORK TECHNOLOGY, INC., GUOHONG XU, JING WU, EMBEDDED INTERNET SOLUTIONS HOLDINGS LTD., ZHAOHENG HOLDINGS LTD., GUOSHENG XU, ALPHASMART, INC., CHANGHONG ELECTRONICS, LTD., CIRRUS LOGIC, INC., INVENTEC CORPORATION, KYOCERA WIRELESS CORP., OPENTV CORP., PHILIPS SEMICONDUCTOR INC., and XOCECO LTD., <br><br> Defendants. | Case No.  C04 01255 CW <br><br> **ORDER TO FILE CERTAIN DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5** <br><br> Hearing Date:    August 12,, 2005 <br> Time:                   10:00 a.m. <br> Courtroom:        2 <br> Judge:                 Hon. Claudia Wilken |

**ORDER**

Having considered Embedded Internet Solutions, Inc., Shenzhen Zhuozhuang Network Technology, Inc., Guohong Xu and Jing Wu's (the "Original Defendants") Request for Administrative Request for Leave to File Certain Documents Under Seal and all other supporting

1  and opposing arguments and papers, and finding good cause,

2  **IT IS HEREBY ORDERED:**

3  Pursuant to Civil Local Rule 79-5, the Original Defendants' Administrative Request for

4  leave to file under seal the Declaration of Robert W. Wideg, Ph.D. in support of The Original

5  Defendants' opposition to Plaintiff's motion for summary judgment is hereby

6  **GRANTED**, and the documents will be filed under seal.

7

8     6/30/05                                     /s/ CLAUDIA WILKEN

9  Dated: _____

10

11                                           The Honorable Claudia Wilken
                                         United States District Judge

12  SF1:592679.1

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28