Anthony J. Dain (Bar No. 98947)
Victor M. Felix (Bar No. 179622)
John S. Kyle (Bar No. 199196)
PROCOPIO, CORY, HARGREAVES
    & SAVITCH LLP
530 B Street, Suite 2100
San Diego, California 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorneys for Defendant and Cross-Claimant,
KYOCERA WIRELESS CORP.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EnREACH TECHNOLOGY, INC., a Delaware corporation,<br>　　　　　Plaintiff,<br>v.<br>EMBEDDED INTERNET SOLUTIONS, INC., a California corporation, SHENZHEN ZHUOZHUANG NETWORK TECHNOLOGY, INC., a Chinese corporation, GUOHONG XU, an individual, and JING WU, an individual, EMBEDDED INTERNET SOLUTIONS HOLDINGS LTD., a Cayman Islands corporation, ZHAOHENG HOLDINGS LIMITED, a Hong Kong corporation, GUOSHENG XU, an individual, ALPHASMART, INC., a Delaware corporation, CHANGHONG ELECTRONICS, LTD., a Chinese corporation, CIRRUS LOGIC, INC., a Delaware corporation, INVENTEC CORPORATION, a corporation of Taiwan, China, KYOCERA WIRELESS CORP., a Delaware corporation, OPENTV Corp., a British Virgin Islands corporation, PHILIPS SEMICONDUCTOR INC., a Delaware corporation, XOCECO LTD., a Chinese corporation,<br>　　　　　Defendants. | Case No.: C04 01255 CW<br><br>**DEFENDANT AND CROSS-CLAIMANT KYOCERA WIRELESS CORP.'S REQUEST TO PARTICIPATE IN SETTLEMENT CONFERENCE BY PHONE**<br><br>Date:　　July 14, 2005<br>Time:　　2:00 p.m.<br>Judge:　　Mag. James Larson<br><br>Dept:　　Courtroom 2<br>Judge:　　Claudia Wilken |
| AND RELATED CROSS-CLAIMS | |

APPROVED
Judge James Larson

1   In accordance with the Court's Notice of Settlement Conference and Settlement
2   Conference Order, Defendant and Cross-Claimant Kyocera Wireless Corp. respectfully requests
3   that the Court excuse Kyocera's client representatives from attending the settlement conference
4   in person, and allow them to be available by telephone. The Kyocera client representatives with
5   settlement authority in this matter will be engaged in another settlement conference on the same
6   day in a matter pending in the United States District Court, Southern District of California styled:
7   *MLR LLC v. Kyocera Wireless, et al.*, U.S.D.C., S.D. Cal. Case No. 05-CW-935.

DATED: July 7, 2005

PROCOPIO, CORY, HARGREAVES &
SAVITCH LLP

By: /s/ John S. Kyle
Anthony J. Dain
Victor M. Felix
John S. Kyle
Attorneys for Defendant,
KYOCERA WIRELESS CORP.