| | |
|---|---|
| 1  DARIN W. SNYDER (S.B. #136003) – dsnyder@omm.com<br>   LUANN L. SIMMONS (S.B. #203526) – lsimmons@omm.com<br>2  DAVID W. ONO (S.B. #221312) – dono@omm.com<br>   O'MELVENY & MYERS LLP<br>3  Embarcadero Center West<br>   275 Battery Street<br>4  San Francisco, CA  94111-3305<br>   Telephone:    (415) 984-8700<br>5  Facsimile:    (415) 984-8701 | **FILED**<br><br>JUL 1 1 2005<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

6   Attorneys for Defendants
    EMBEDDED INTERNET SOLUTIONS, INC.,
7   SHENZHEN ZHUOZHUANG NETWORK TECHNOLOGY, INC.,
    GUOHONG XU, and JING WU

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                           OAKLAND DIVISION

12

| | |
|---|---|
| 13  EnREACH TECHNOLOGY, INC., | Case No. C04 01255 CW (JL) |
| 14              Plaintiff, | **DEFENDANTS EMBEDDED INTERNET SOLUTIONS, INC., SHENZHEN ZHUOZHUANG NETWORK TECHNOLOGY, INC., GUOHONG XU, AND JING WU'S REQUEST TO PARTICIPATE IN SETTLEMENT CONFERENCE BY TELEPHONE** |
| 15       v. | |
| 16  EMBEDDED INTERNET SOLUTIONS, INC., SHENZHEN ZHUOZHUANG NETWORK TECHNOLOGY, INC., GUOHONG XU, JING WU, EMBEDDED INTERNET SOLUTIONS HOLDINGS LTD., ZHAOHENG HOLDINGS LTD., GUOSHENG XU, ALPHASMART, INC., CHANGHONG ELECTRONICS, LTD., CIRRUS LOGIC, INC., INVENTEC CORPORATION, KYOCERA WIRELESS CORP., OPENTV CORP., PHILIPS SEMICONDUCTOR INC., and XOCECO LTD., | |
| 17 | |
| 18 | Settlement<br>Conference Date: July 14, 2005<br>Time:            2:00 p.m.<br>Judge:           Hon. James Larson |
| 19 | |
| 20 | **SO ORDERED** |
| 21 | |
| 22 | */s/ James Larson* |
| 23              Defendants. | JAMES LARSON<br>U.S. MAGISTRATE JUDGE |

24

25

26

27

28

1 |       Pursuant to the Court's June 3, 2005 Notice of Settlement Conference and Settlement Conference Order, the EIS Defendants respectfully request that their representative, Guohong ("Ryan") Xu, be permitted to participate in the scheduled settlement conference by telephone. Due to urgent business demands, Dr. Xu must be in China the week of July 11, and it would present a substantial hardship for him to return to the United States for the settlement conference on July 14. Dr. Xu will, however, be available by telephone to participate in the conference. In addition, Dr. Xu and his counsel have discussed in detail the EIS Defendants' position on settlement and, in fact, participated in mediation with EnReach in January 2005.

      Accordingly, the EIS Defendants request that Dr. Xu be permitted to be available by telephone for the July 14 settlement conference rather than participate in person.

Dated: July 7, 2005

O'MELVENY & MYERS LLP

By: _____
Luann L. Simmons
Attorneys for the EIS Defendants

SF1:593502.1