Warren S. Heit (CA Bar No. 164658)
Cynthia-Clare Tagoe (CA Bar No. 220786)
WHITE & CASE LLP
Five Palo Alto Square, 10th Floor
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 213-0300
Facsimile:  (650) 213-8158

Attorneys for Defendant & Cross Claimant
CIRRUS LOGIC, INC.

FILED
JUL 12 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA
### (Oakland Division)

| | |
|---|---|
| ENREACH TECHNOLOGY, INC., a Delaware Corporation,<br>Plaintiff,<br><br>vs.<br><br>EMBEDDED INTERNET SOLUTIONS, INC., a California corporation, SHENZHEN ZHOUZHUANG NETWORK TECHNOLOGY, INC., a Chinese corporation, GUOHONG XU, an individual, and JING WU, an individual, EMBEDDED INTERNET SOLUTIONS HOLDINGS LTD., a Cayman Islands corporation, ZHAOHENG HOLDINGS LIMITED, a Hong Kong corporation, GUOSHENG XU, an individual, ALPHASMART, INC., a Delaware corporation, CHANGHONG ELECTRONICS, LTD., a Chinese corporation, CIRRUS LOGIC, INC., a Delaware corporation, INVENTEC CORPORATION, a corporation of Taiwan, China, KYOCERA WIRELESS CORP., a Delaware corporation, OPENTV Corp., a British Virgin Islands corporation, XOCECO LTD., a Chinese corporation,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIMS | Case No. C04-01255 CW (JL)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT AND CROSS CLAIMANT CIRRUS LOGIC, INC.'S APPLICATION FOR AUTHORIZATION TO APPEAR BY TELEPHONE AT SETTLEMENT CONFERENCE<br><br>Date: July 14, 2005<br>Time: 2:00 p.m.<br>Venue: 450 Golden Gate Avenue, 15th Floor<br>Magistrate Judge James Larson |

1  The Court, having reviewed the written application of Cirrus Logic, Inc., and GOOD
2  CAUSE APPEARING THEREFOR, hereby grants that a representative of Cirrus Logic, Inc.
3  may appear by telephone at the Settlement Conference scheduled for 2:00 p.m. on July 14, 2005.
4  IT IS SO ORDERED.
5  July ___, 2005

By_____
Honorable ~~James Larson~~ Edward Chen
United States Magistrate Judge

-2-   Order Granting Cirrus's Request for Authorization
to Appear by Telephone
Case No.: C04- 01255 CW

PALOALTO 54834 (2K)