J. JAMES LI (State Bar No. 202855)
JILL M. KASTNER (State Bar No. 211363)
**McDERMOTT WILL & EMERY, LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650-813-5000
Facsimile: 650-813-5100
jli@mwe.com
jkastner@mwe.com

Attorneys for Plaintiff
**EnREACH TECHNOLOGY, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EnREACH TECHNOLOGY, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>EMBEDDED INTERNET SOLUTIONS, INC., a California corporation, SHENZHEN ZHUOZHUANG NETWORK TECHNOLOGY, INC., a Chinese corporation, GUOHONG XU, an individual, and JING WU, an individual, EMBEDDED INTERNET SOLUTIONS HOLDINGS LTD., a Cayman Islands corporation, ZHAOHENG HOLDINGS LIMITED, a Hong Kong corporation, ALPHASMART, INC., a Delaware corporation, CIRRUS LOGIC, INC., a Delaware corporation, INVENTEC CORPORATION, a corporation of Taiwan, China, KYOCERA WIRELESS CORP., a Delaware corporation, OPENTV Corp., a British Virgin Islands corporation, XOCECO LTD., a Chinese corporation.<br><br>Defendants. | CASE No. C04 01255 CW<br><br>**STIPULATED DISMISSAL OF OPENTV CORPORATION** |

**STIPULATED DISMISSAL OF OPENTV CORPORATION**　　　　　　　　　　　CASE NO. C0401255 CW

1       WHEREAS Plaintiff EnReach Technology, Inc., (EnReach) and Defendant OpenTV Corp. (OpenTV) have reached a confidential settlement agreement in this matter. As part of this settlement agreement, and in exchange for certain consideration, EnReach has agreed to dismiss all of its claims in this action against OpenTV from the above-captioned matter with prejudice.

      THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff EnReach and all parties who have submitted an answer, hereby stipulate to this Court dismissing OpenTV from the claims asserted by EnReach in the above-captioned matter with prejudice.

      The parties having entered into the above stipulation, and having shown good cause herein.

      IT IS SO ORDERED.

DATED: 7/18/05

/s/ Claudia Wilken

The Honorable Claudia Wilken

Dated: June 28, 2005

| | |
|---|---|
| **WHITE & CASE LLP** | **McDERMOTT WILL & EMERY LLP** |
| By: /s/ Warren S. Heit<br>    Warren S. Heit<br>    Attorneys for Defendant<br>    **CIRRUS LOGIC, INC.** | By: /s/ Jill Kastner<br>    J. James Li<br>    Jill Kastner<br>    Attorneys for Plaintiff<br>    **EnREACH TECHNOLOGY, INC.** |
| **MORRISON & FOERSTER LLP** | **O'MELVENY & MYERS LLP** |
| By: /s/ Peggy Bruggman<br>    Bryan J. Wilson<br>    Peggy Bruggman<br>    Attorneys for Defendants<br>    **OPENTV, CORP. AND**<br>    **ALPHASMART, INC.** | By: /s/ Luann Simmons<br>    Darin Snyder<br>    Luann Simmons<br>    Attorneys for Defendants<br>    **EMBEDDED INTERNET**<br>    **SOLUTIONS, INC., SHENZHEN**<br>    **ZHUOZHUANG NETWORK**<br>    **TECHNOLOGY, INC., GUOHONG**<br>    **XU, AND JING WU** |
| **PROCOPIO, CORY, HARGREAVES & SAVITCH LLP** | |
| By: /s/ Anthony J. Dain<br>    Anthony J. Dain<br>    John S. Kyle<br>    Attorneys for Defendant<br>    **KYOCERA WIRELESS CORP.** | |

MPK 93496-1.070115.0011