United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EnREACH TECHNOLOGIES, INC.,

Plaintiff(s),

v.

EMBEDDED INTERNET SOLUTIONS, INC., ET AL.,

Defendant(s).
_____________________________________/

No. C-04-1255 CW (JCS)

**NOTICE OF REFERENCE; ORDER DENYING MOTIONS TO COMPEL; ORDER TO MEET AND CONFER**

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter has been referred to Magistrate Judge Joseph C. Spero for all discovery matters.

The Court is in receipt of the following: (1) Kyocera Wireless Corp.'s Motion to Compel Production of Documents and Responses to Interrogatories [Docket No. 276]; (2) Enreach's Motion to Compel Defendant Cirrus Logic, Inc. for Further Response to Interrogatories and Document Requests [Docket No. 283]; (3) Enreach's Motion to Compel Defendants Embedded Internet Solutions, Inc., Shenzhen Zhuozhuang Network Technology, Inc., Guohong Xu, and Jing Wu to Attend Depositions and to Properly Respond to Written Discoveries [Docket No. 284]; and (4) Enreach's Motion to Compel Defendant Kyocera Wireless Corp. for Depositions and for Responses to Interrogatories and Document Requests [Docket No. 285] (the "Motions").

It appears that counsel have not made adequate efforts resolve this matter without the need for Court intervention. Accordingly, IT IS HEREBY ORDERED that the Motions are DENIED, without prejudice, for failure to adequately meet and confer. IT IS FURTHER ORDERED that not later than ten (10) days from the date of this Order, lead trial counsel for Plaintiff and lead trial counsel for Defendants

United States District Court
For the Northern District of California

shall meet and confer **in person** regarding the subject matter of the Motions in an effort to resolve these matters. Within five (5) business days of the lead trial counsels' meet-and-confer session, the parties shall provide a detailed Joint Letter to the Court. This Joint Letter shall include a description of every issue in dispute and, with respect to each such issue, a detailed summary of each party's final substantive position and their final proposed compromise on each issue.

Before filing any future discovery motions, lead trial counsel for Plaintiff and lead trial counsel for Defendants shall meet and confer **in person.** The location of the meet-and-confer session shall alternate, with the first meeting location to be chosen by counsel for Plaintiff and the second meeting location to be at the office to be chosen by counsel for Defendants, and so forth. Any side may demand a meeting on ten (10) days' notice after having failed to resolve the discovery issue in question by telephone. At the conclusion of the meet-and-confer session, the parties shall submit a joint letter brief to the Court with a detailed summary of the remaining issues, each side's substantive position, and each side's proposed compromise on the issues.

**LAW AND MOTION HEARING PROCEDURES**

Civil law and motion is heard on Friday mornings, at 9:30 a.m., in Courtroom A, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California 94102.

All documents shall be filed with the Clerk's Office in compliance with Civil Local Rules 7-2 through 7-5. Documents not filed in compliance with those rules will not be considered by the Court. Any party seeking an award of attorney's fees or other expenses in connection with this motion shall file a motion in accordance with Civil Local Rule 37-1(e).

Motions to compel may be noticed without reserving a hearing date, subject to the Court's availability.

Discovery motions may be addressed to the Court in three ways.

1. A motion may be noticed on not less than 35 days' notice pursuant to Civil L. R. 7-2.

2. Alternatively, any party may seek an order shortening time under Civil L. R. 6-3 if the circumstances justify that relief.

3. In emergencies during discovery events, the Court is available pursuant to Civil L. R. 37-1(b).

United States District Court
For the Northern District of California

In the event a discovery dispute arises, counsel for the party seeking discovery shall in good faith confer **in person** with counsel for the party failing to make the discovery in an effort to resolve the dispute without court action, as required by Fed. R. Civ. P. 37 and Civil L. R. 37-1(a). The meeting must be **in person**, except where good cause is shown why a telephone meeting is adequate. A declaration setting forth these meet and confer efforts, and the final positions of each party, shall be included in the moving papers.

The Court will not consider discovery motions unless the moving party has complied with Fed. R. Civ. P. 37 and Civil L. R. 37-1(a).

**A party or counsel has a continuing duty to supplement the initial disclosure when required under Federal Rule of Civil Procedure 26(e)(1).**

Law and motion matters may be submitted without argument upon stipulation of the parties and notification of the Court no later than 4:30 p.m. the day before the hearing. Pursuant to Civil L. R. 7-7(e), filed motions may be withdrawn without leave of the Court, within seven (7) days of the date for service of the opposition. Thereafter, leave of the Court must be sought.

**ELECTRONIC FILING AND COURTESY COPIES**

Please refer to Civil L. R. 5-4 and General Order No. 45 for the Northern District of California for information relating to electronic filing procedures and requirements. All documents shall be filed in compliance with the Civil Local Rules. Documents not filed in compliance with those rules will not be considered by the Court.

BEFORE 5:00 P.M. ON THE NEXT BUSINESS DAY FOLLOWING THE ELECTRONIC FILING, THE PARTIES ARE REQUIRED TO LODGE DIRECTLY WITH CHAMBERS ONE **PAPER** COPY OF EACH DOCUMENT, WHICH IS TO BE DESIGNATED "JCS'S CHAMBERS' COPY." All filings of documents relating to motions referred to Magistrate Judge Spero shall list the civil case number and the district court judge's initials followed by the designation "(JCS)".

**The failure of counsel or a party to abide by this Order may result in sanctions pursuant to Federal Rule of Civil Procedure 16(f).**

United States District Court
For the Northern District of California

IT IS SO ORDERED.

Dated: December 2, 2005

JOSEPH C. SPERO
United States Magistrate Judge