J. JAMES LI (State Bar No. 202855)
jli@mwe.com
**McDERMOTT WILL & EMERY LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650-813-5000
Facsimile: 650-813-5100

Attorneys for Plaintiff
**EnREACH TECHNOLOGY, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EnREACH TECHNOLOGY, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>EMBEDDED INTERNET SOLUTIONS, INC., a California corporation, SHENZHEN ZHUOZHUANG NETWORK TECHNOLOGY, INC., a Chinese corporation, GUOHONG XU, an individual, and JING WU, an individual, EMBEDDED INTERNET SOLUTIONS HOLDINGS LTD., a Cayman Islands corporation, ZHAOHENG HOLDINGS LIMITED, a Hong Kong corporation, GUOSHENG XU, an individual, ALPHASMART, INC., a Delaware corporation, CHANGHONG ELECTRONICS, LTD., a Chinese corporation, CIRRUS LOGIC, INC., a Delaware corporation, INVENTEC CORPORATION, a corporation of Taiwan, China, KYOCERA WIRELESS CORP., a Delaware corporation, XOCECO LTD., a Chinese corporation,<br><br>Defendants. | CASE No. C04 01255 CW<br><br>**PLAINTIFF'S ADMINISTRATIVE REQUEST FOR LEAVE TO FILE UNDER SEAL EXHIBITS 5, 6, 13 AND 14 TO THE DECLARATION OF J. JAMES LI, PH.D. IN SUPPORT OF PLAINTIFF'S MOTIONS TO COMPEL AND [~~PROPOSED~~] ORDER**<br><br>Hearing Date:<br>Time: 10:00 a.m.<br>Place: Courtroom<br>Judge: Hon. Claudia Wilken |

PLAINTIFF'S ADMIN. REQ. TO FILE UNDER SEAL
EXHIBITS 5, 6, 13 and 14 TO THE JAMES LI, PH.D.
DECLARATION AND [PROPOSED ORDER]

CASE NO. C0401255 CW

Pursuant to Civil Local Rules 7-10(b), 79-5(b), and in reliance on the Stipulated Protective Order in this action, Plaintiff EnReach Technologies, Inc. ("EnReach") respectfully requests leave to file the following documents under seal:

1. Exhibits 5, 6, 13 and 14 to the Declaration of J. James Li In Support of EnReach's Motions to Compel.

These exhibits are documents or information produced by the parties and designated "Highly Confidential—Outside Counsel's Eyes Only" pursuant to the Protective Order.

Date: November 28, 2005

By: /s/ J. James Li

J. James Li
**McDERMOTT WILL & EMERY, LLP**
Attorneys for Plaintiff
**EnREACH TECHNOLOGY, INC.**

PLAINTIFF'S ADMIN. REQUEST TO FILE
UNDER SEAL EXHIBITS 5, 6, 13 and 14 TO THE      - 2 -                CASE NO. C0401255 CW
LI DECLARATION AND [PROPOSED ORDER]

Having reviewed EnReach's Administrative Request, good cause appearing, IT IS ORDERED THAT the above-listed documents should be filed under seal.

IT IS SO ORDERED

Dated: _December 2, 2005

_____
Hon. ~~Claudia Wilken~~ Joseph C. Spero
United States ~~District~~ Court Judge
Magistrate

MPK 100935-1.070115.0011