United States District Court

For the Northern District of California

1
2
3
4                   UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6   EnREACH TECHNOLOGIES, INC.,              Case No.  04-01255 CW (JCS)
7               Plaintiff(s),
8       v.                                   **ORDER DENYING WITHOUT
                                             PREJUDICE DEFENDANT'S MOTION
                                             TO COMPEL DISCOVERY RESPONSES**
9   EMBEDDED INTERNET SOLUTIONS, ET          **FROM PLAINTIFF ENREACH**
    AL.,                                      **TECHNOLOGY [Docket No. 305]**
10
11              Defendant(s).
12   _____/
13          On December 1, 2005, Defendant Cirrus Logic filed a Motion to Compel Discovery Responses
14   from Plaintiff Enreach Technology (the "Motion").
15          IT IS HEREBY ORDERED that the Motion is DENIED without prejudice.  The parties are
16   ordered to meet-and-confer, in person, which shall be subject to the same terms as stated in the Court's
17   Order dated December 2, 2005.
18          IT IS SO ORDERED.
19
20   Dated:  December 6, 2005
21                                           _____
                                             JOSEPH C. SPERO
22                                           United States Magistrate Judge
23
24
25
26
27
28