1  WARREN S. HEIT (SBN: 164658)
2  CYNTHIA-CLARE MARTEY (SBN: 220786)
   WHITE & CASE LLP
3  3000 El Camino Real, 10th Floor
   Palo Alto, CA 94306
4  Telephone: 650-213-0300
   Facsimile: 650-213-8158
5

6  Attorneys for Defendant and Cross Claimant
   CIRRUS LOGIC, INC.

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                        SAN FRANCISCO DIVISION

10

11 ENREACH TECHNOLOGY, INC., a Delaware )  Case No. C04-01255 CW
   Corporation                          )
12                                      )  **CIRRUS LOGIC'S ADMINISTRATIVE**
        Plaintiff,                      )  **REQUEST FOR LEAVE TO FILE**
13                                      )  **CERTAIN DOCUMENTS UNDER SEAL**
        vs.                             )
14                                      )  [~~PROPOSED~~] ORDER
   EMBEDDED INTERNET SOLUTIONS, INC.,   )
15 a California corporation, SHENZHEN   )
   ZHUOZHUANG NETWORK                   )
16 TECHNOLOGY, INC., a Chinese corporation, )  Hearing Date: January 6, 2006
   GUOHONG XU, an individual, and JING WU, )  Time:         9:30 a.m.
17 an individual, ALPHASMART, INC., a   )  Location:     Courtroom A, 15th Floor
   Delaware corporation, CIRRUS LOGIC, INC., )  Magistrate Judge: Joseph C. Spero
18 a Delaware corporation, KYOCERA      )
   WIRELESS CORP., a Delaware corporation. )
19                                      )
20      Defendants.                     )
21                                      )
                                        )
22      AND RELATED CROSS-CLAIMS        )
                                        )
23

24      Pursuant to Civil Local Rules 7-10(b), 79-5(b), and in reliance on the Stipulated

25 Protective Order, Defendant Cirrus Logic, Inc. ("Cirrus") respectfully requests leave to file:

26 1.   Exhibits J & L to the Declaration of Warren S. Heit in support of Cirrus Logic's Motion

27 to Compel Discovery Responses From Plaintiff EnReach Technologies;

28

2. Cirrus Logic's Motion to Compel Discovery Responses From Plaintiff EnReach Technologies.

Date: December 1, 2005

Respectfully submitted

WHITE & CASE LLP

/s/ Warren S. Heit
Warren S. Heit
**WHITE & CASE LLP**

Attorneys for Defendant and Cross Claimant
CIRRUS LOGIC, INC.

4

Cirrus' Request to File Certain
Docs. Under Seal
Case No. C04 01255 CW

| | |
|---|---|
| 1 | |
| 2 | Having reviewed Cirrus Logic's Administrative Request, good cause appearing, IT IS ORDERED THAT the above-listed documents should be filed under seal. |
| 3 | **IT IS SO ORDERED:** |
| 4 | |
| 5 | Dated: December 6, 2005 |
| 6 | Hon. Magistrate Judge |
| 7 | Joseph C. Spero |

5          Cirrus' Request to File Certain
Docs. Under Seal
Case No. C04 01255 CW