1  J. JAMES LI (State Bar No. 202855)
   **McDERMOTT WILL & EMERY, LLP**
2  3150 Porter Drive
   Palo Alto, CA 94304-1212
3  Telephone:    650-813-5000
   Facsimile:    650-813-5100
4
   Attorneys for Plaintiff
5  **EnREACH TECHNOLOGY, INC.**

6

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND DIVISION

11

| 12 | EnREACH TECHNOLOGY, INC., a Delaware corporation, | CASE No. C04 01255 CW |
|---|---|---|
| 13 | | ORDER GRANTING IN PART |
| 14 | Plaintiff, | ~~NOTICE OF SETTLEMENT AND~~ STIPULATION TO STAY ALL |
| 15 | v. | PROCEEDINGS PENDING SETTLEMENT AGREEMENT |
| 16 | EMBEDDED INTERNET SOLUTIONS, INC., a California corporation, SHENZHEN ZHUOZHUANG NETWORK TECHNOLOGY, INC., a Chinese corporation, GUOHONG XU, an individual, and JING WU, an individual, EMBEDDED INTERNET SOLUTIONS HOLDINGS LTD., a Cayman Islands corporation, ZHAOHENG HOLDINGS LIMITED, a Hong Kong corporation, ALPHASMART, INC., a Delaware corporation, CIRRUS LOGIC, INC., a Delaware corporation, INVENTEC CORPORATION, a corporation of Taiwan, China, KYOCERA WIRELESS CORP., a Delaware corporation, XOCECO LTD., a Chinese corporation. | |
| 25 | Defendants. | |

26      Plaintiff and defendants in this case, EnReach Technologies, Inc. ("EnReach"), Embedded
27  Internet Solutions, Inc. ("EIS"), ShenZhen ZhuoZhuang Network Technology, Inc.
28

Notice of Settlement                                                CASE NO. C0401255 CW

1  ("ZhuoZhuang"), Guohong Xu ("Xu"), Jing Wu ("Wu"), AlphaSmart, Inc. ("AlphaSmart"),
2  Cirrus Logic, Inc. ("Cirrus"), and Kyocera Wireless Corp. ("Kyocera") (collectively the
3  "Parties") hereby agree and stipulate:

WHEREAS the Parties are the only remaining parties in the instant action;

WHEREAS EnReach initially sued EIS, ZhuoZhuang, Xu, Wu, AlphaSmart, Cirrus, and Kyocera (the "Main Claims");

WHEREAS AlphaSmart, Cirrus, and Kyocera filed cross-claims against EIS (the "Cross-claims");

WHEREAS the Parties have reached an agreement in principle to settle the Main Claims in the instant action, and are currently drafting the settlement agreement;

WHEREAS the Parties are also attempting to reach a final settlement on the Cross-claims;

The parties consider it economical and efficient to stay all proceedings in the instant action while a formal settlement agreement is being drafted. In the event that a final settlement agreement settling each and every cause of action is not reached for whatever reason, any party may request relief from this stipulated stay on any cause of action.

IT IS SO STIPULATED.

Dated: December 16, 2005

McDERMOTT WILL & EMERY LLP

By:   /s/ J. James Li
      J. James Li
      Attorneys for Plaintiff
      **EnREACH TECHNOLOGY, INC.**

I, J. James Li, hereby certify that Luann Simmons, Bryan Wilson, Anthony Dain, and Warren Heit have authorized me to e-sign below on their behalf.

| | | |
|---|---|---|
| 1 | Dated: December 16, 2005 | O'MELVENY & MYERS LLP |
| 2 | | |
| 3 | | By:   /s/ Luann Simmons |
| 4 | | Luann Simmons<br>Attorneys for Defendants |
| 5 | | **Embedded Internet Solutions, Inc.,<br>Shenzhen ZhuoZhuang Network<br>Technology, Inc., GuoHong Xu, and Jing<br>Wu** |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | Dated: December 16, 2005 | **MORRISON & FOERSTER LLP** |
| 10 | | |
| 11 | | By:   /s/ Bryan Wilson |
| 12 | | Bryan Wilson<br>Attorneys for Defendant<br>**AlphaSmart, Inc.** |
| 13 | | |
| 14 | | |
| 15 | Dated: December 16, 2005 | **WHITE & CASE LLP** |
| 16 | | |
| 17 | | By:   /s/ Warrant Heit |
| 18 | | Warren Heit<br>Attorneys for Defendant<br>**Cirrus Logic, Inc.** |
| 19 | | |
| 20 | | |
| 21 | Dated: December 16, 2005 | **PROCOPIO, CORY, HARGREAVES & SAVITCH LLP** |
| 22 | | |
| 23 | | By:   /s/ Anthony J. Dain |
| 24 | | Anthony J. Dain<br>Attorneys for Defendant<br>**Kyocera Wireless Corp.** |

Discovery is stayed. The parties may stipulate to a delay in the motions

1  ~~PURSUANT TO THE STIPULATION, IT IS SO ORDERED.~~

2  filing date of hearing date if necessary
   to complete the settlement.

3

Dated:  _____    _____
4                                  Hon. Claudia Wilken, U.S. District Court
   DEC 21 2005                     Judge

MPK 101838-1.070115.0011

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO