1  J. JAMES LI (State Bar No. 202855)
   jli@mwe.com
2  **McDERMOTT WILL & EMERY LLP**
   3150 Porter Drive
3  Palo Alto, CA  94304-1212
   Telephone:     650-813-5000
4  Facsimile:     650-813-5100

5  Attorneys for Plaintiff
   **EnREACH TECHNOLOGY, INC.**
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND DIVISION

11

| | |
|---|---|
| EnREACH TECHNOLOGY, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>EMBEDDED INTERNET SOLUTIONS, INC., a California corporation, SHENZHEN ZHUOZHUANG NETWORK TECHNOLOGY, INC., a Chinese corporation, GUOHONG XU, an individual, and JING WU, an individual, EMBEDDED INTERNET SOLUTIONS HOLDINGS LTD., a Cayman Islands corporation, ZHAOHENG HOLDINGS LIMITED, a Hong Kong corporation, GUOSHENG XU, an individual, ALPHASMART, INC., a Delaware corporation, CHANGHONG ELECTRONICS, LTD., a Chinese corporation, CIRRUS LOGIC, INC., a Delaware corporation, INVENTEC CORPORATION, a corporation of Taiwan, China, KYOCERA WIRELESS CORP., a Delaware corporation, XOCECO LTD., a Chinese corporation.<br><br>Defendants. | CASE No. C04 01255 CW<br><br>**ORDER GRANTING IN PART PLAINTIFF'S ADMINISTRATIVE REQUEST FOR LEAVE TO FILE UNDER SEAL EXHIBITS 1 THROUGH 9 TO THE DECLARATION OF J. JAMES LI, PH.D. IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL OPPOSITIONS TO THE JOINT MOTION FOR SUMMARY JUDGMENT BY ALPHASMART AND CIRRUS LOGIC AND CIRRUS LOGIC'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date:<br>Time:          10:00 a.m.<br>Place:         Courtroom<br>Judge:         Hon. Claudia Wilken |

ADMINISTRATIVE REQUEST TO FILE UNDER
SEAL EXHIBITS 1-9 TO THE JAMES LI, PH.D.                              CASE NO. C0401255 CW
DECLARATION AND [PROPOSED] ORDER

Pursuant to Civil Local Rules 7-10(b), 79-5(b), and in reliance on the Stipulated Protective Order in this action, Plaintiff EnReach Technologies, Inc. ("EnReach") respectfully requests leave to file the following documents under seal:

1. Exhibits 1-9 to the Supplemental Declaration of J. James Li In Support of EnReach's Oppositions To The Motion For Summary Judgment by AlphaSmart and Cirrus Logic.

These exhibits are documents or information produced by the parties and designated "Highly Confidential—Outside Counsel's Eyes Only" pursuant to the Protective Order.

Date: November 21, 2005

By: /s/ J. James Li

J. James Li
**McDERMOTT WILL & EMERY, LLP**
Attorneys for Plaintiff
**EnREACH TECHNOLOGY, INC.**

Having reviewed EnReach's Administrative Request, good cause appearing, IT IS ORDERED THAT **Exhibit 9** should be filed under seal.

IT IS SO ORDERED

3/10/06

Dated: _____

/s/ CLAUDIA WILKEN

_____
Hon. Claudia Wilken
United States District Court Judge

MPK 100756-1.070115.0011

McDermott Will & Emery LLP
Attorneys At Law
Palo Alto

ADMINISTRATIVE REQUEST TO FILE UNDER SEAL EXHIBITS 1-9 TO THE JAMES LI, PH.D. DECLARATION AND [PROPOSED] ORDER     - 2 -     CASE NO. C0401255 CW