IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ENREACH TECHNOLOGIES, INC.,

    Plaintiff,

  v.

EMBEDDED INTERNET SOLUTIONS, INC., et al.,

    Defendants.
                                      /

No. C 04-01255 CW

ORDER OF REFERENCE TO MAGISTRATE JUDGE AND DENYING REQUEST FOR CONTINUANCE

    IT IS HEREBY ORDERED that the above-captioned case is referred to Magistrate Judge Edward M. Chen for a settlement conference to be held as soon as possible but before the September 18, 2006 trial date.  Counsel shall contact Magistrate Judge Chen's chambers immediately.  Due to the short notice, all parties and attorneys must make themselves available on whatever date and time the Magistrate Judge has available.  The pretrial conference and trial remain as previously set.  Pretrial papers are due in accordance with the Court's Case Management Order filed April 19, 2005.

DATED: 9/1/06

                                        /s/ Claudia Wilken
                                        _____
                                        CLAUDIA WILKEN
                                        UNITED STATES DISTRICT JUDGE

cc:  Wings; EMC