UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENREACH TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> EMBEDDED INTERNET SOLUTIONS, INC., *et al.*, <br><br> Defendants. | No. C-04-1255 CW (EMC) <br><br> **ORDER RE ATTENDANCE AT SETTLEMENT CONFERENCE** |

GUOHONG XU, representative of Defendants Embedded Internet Solutions, Inc., Shenzhen Zhuozhuang Network Technology, Inc., Guohong Xu, and Jin Wu, requested to be excused from personally appearing at the settlement conference scheduled for September 12, 2006. Additionally, MARY MINCH, representative of Defendant AlphaSmart, Inc., requested to be excused from personally appearing at the settlement conference, should the Court grant Defendant representative XU's request.

Judge Wilken's September 1, 2006 Order of Reference to Magistrate Judge and Denying Request for Continuance states "Due to the short notice, all parties and attorneys must make themselves available on whatever date and time the Magistrate Judge has available." (Docket No. 347). Based on Judge Wilken's order, and this Court's order of September 1, 2006 (Docket No. 348), the Court **DENIES** Defendant XU and Defendant MINCH's request to excuse personal attendance. Therefore, it is hereby ordered that GUOHONG XU and MARY MINCH appear at the settlement conference in person scheduled on September 12, 2006 at 9:30 a.m. Pacific Time.

All Plaintiff and Defendant representatives and lead trial counsel appearing at the settlement conference must have **full authority** to negotiate a settlement. A person who needs to call another person not present before agreeing to any settlement does not have **full authority**. **Sanctions will be imposed if settlement cannot proceed because the representative and/or counsel does not have full authority**.

This order disposes of Docket Nos. 349 and 350.

IT IS SO ORDERED.

Dated: September 7, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge