UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENREACH TECHNOLOGIES, INC., | No. C-04-1255 CW (EMC) |
| Plaintiff, | |
| v. | **ORDER REMOVING DOCKET NO. 354 FROM ELECTRONIC FILING** |
| EMBEDDED INTERNET SOLUTIONS, INC., *et al.*, | |
| Defendants. _____/ | |

This Court orders the removal of Docket No. 354, Plaintiff Enreach's Further Settlement Conference Statement, which was filed electronically by Plaintiff on September 8, 2006. The parties are warned that failure to comply with this Court's orders shall result in sanctions.

IT IS SO ORDERED.

Dated: September 8, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge