UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ENREACH TECHNOLOGIES, INC.,

      Plaintiff,

   v.

EMBEDDED INTERNET SOLUTIONS, INC., *et al.*,

      Defendants.
_____/

No. C-04-1255 CW (EMC)

**ORDER RE ATTENDANCE AT SETTLEMENT CONFERENCE**

MARK SNYDER, representative of Defendant Kyocera Wireless Corp., requested to be excused from personally appearing at the settlement conference scheduled for September 12, 2006.

Based on Judge Wilken's order of September 1, 2006 (Docket No. 347), and this Court's orders of September 1, 2006 (Docket No. 348), and September 7, 2006 (Docket No. 351), the Court **DENIES** Defendant SNYDER's request to excuse personal attendance. Therefore, it is hereby ordered that MARK SNYDER appear at the settlement conference in person scheduled on September 12, 2006 at 9:30 a.m. Pacific Time.

///
///
///
///
///
///
///

All Plaintiff and Defendant representatives and lead trial counsel appearing at the settlement conference must have **full authority** to negotiate a settlement. A person who needs to call another person not present before agreeing to any settlement does not have **full authority**. **Sanctions will be imposed if settlement cannot proceed because the representative and/or counsel does not have full authority**.

This order disposes of Docket No. 352.

IT IS SO ORDERED.

Dated: September 8, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge