1  JAMES J. LI (S.B. #202855)
   HOWREY LLP
2  1950 University Avenue, 4th Floor
   Palo Alto, CA 94303
3  Telephone:  (650) 798-3500
   Facsimile:  (650) 798-3600
4
   Attorneys for Plaintiff
5  ENREACH TECHNOLOGY, INC.

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11

12 | EnREACH TECHNOLOGY, INC.,                    Case No. C04 01255 CW
                                                   ORDER GRANTING
13 |              Plaintiff,                     **STIPULATED DISMISSAL OF ALL
                                                   CLAIMS AND COUNTERCLAIMS WITH
14 |      v.                                       PREJUDICE**

15 | EMBEDDED INTERNET SOLUTIONS,
     INC., SHENZHEN ZHUOZHUANG
16 | NETWORK TECHNOLOGY, INC.,
     GUOHONG XU, JING WU, EMBEDDED
17 | INTERNET SOLUTIONS HOLDINGS
     LTD., ALPHASMART, INC., CIRRUS
18 | LOGIC, INC., and KYOCERA
     WIRELESS CORP.,
19
                  Defendants.
20

21

22

23

24

25

26

27

28

Plaintiff EnReach Technology, Inc. ("EnReach") and Defendants Embedded Internet Solutions, Inc. ("EIS"), Shenzhen ZhuoZhuang Network Technology, Inc. ("ZhuoZhuang"), Guohong Xu ("Xu"), Jing Wu ("Wu"), Embedded Internet Solutions Holdings Ltd. ("EIS Holdings"), AlphaSmart, Inc. ("AlphaSmart"), Cirrus Logic, Inc. ("Cirrus"), and Kyocera Wireless Corp. ("Kyocera") (collectively, the "Parties") hereby agree and stipulate as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), EnReach hereby dismisses with prejudice all claims and counterclaims asserted against EIS, ZhuoZhuang, Xu, Wu, EIS Holdings, AlphaSmart, Cirrus and Kyocera.

2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), EIS, ZhuoZhuang, Xu, Wu, EIS Holdings, AlphaSmart, Cirrus and Kyocera hereby dismiss with prejudice all claims and counterclaims asserted against EnReach.

3. EnReach shall bear its own attorneys' fees and costs incurred in connection with this action.

4. EIS, ZhuoZhuang, Xu, Wu, EIS Holdings, AlphaSmart, Cirrus and Kyocera shall not seek any recovery or reimbursement from EnReach of their attorneys' fees and costs incurred in connection with this action.

Respectfully submitted,

DATED: September 12, 2006        By:   /s/ J. James Li
                                       J. James Li
                                       HOWREY LLP
                                       Attorneys for Plaintiff
                                       EnReach Technology, Inc.


DATED: September 11, 2006        By:   /s/ Luann L. Simmons
                                       Luann L. Simmons
                                       O'MELVENY & MYERS LLP
                                       Attorneys for Defendants
                                       Embedded Internet Solutions, Inc., Shenzhen
                                       ZhuoZhuang Network Technology, Inc.,
                                       Guohong Xu, Jing Wu, Embedded Internet
                                       Solutions Holdings Ltd.

| | | |
|---|---|---|
| 1 | DATED: September 11, 2006 | By: /s/_____ |
| 2 | | Marc Pernick |
| | | MORRISON & FOERSTER LLP |
| 3 | | Attorneys for Defendant |
| | | AlphaSmart, Inc. |
| 4 | | |
| 5 | DATED: September 11, 2006 | By: /s/_____ |
| | | Warren Heit |
| 6 | | WHITE & CASE LLP |
| | | Attorneys for Defendant |
| 7 | | Cirrus Logic, Inc. |
| 8 | DATED: September 11, 2006 | By: /s/_____ |
| 9 | | Victor M. Felix |
| | | PROCOPIO CORY HARGREAVES AND |
| 10 | | SAVITCH LLP |
| | | Attorneys for Defendant |
| 11 | | Kyocera Wireless Corp. |

**CERTIFICATION OF CONCURRENCE**

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Luann L. Simmons, Marc Pernick, Warren Heit, and Victor M. Felix.

Dated: September 11, 2006

J. JAMES LI
HOWREY LLP

By: /s/_____
J. James Li

Attorneys for Plaintiff
EnReach Technology, Inc.

SF1:622918.1

*IT IS SO ORDERED*
/s/ Claudia Wilken
Judge Claudia Wilken
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)